1  Thiago Coelho, SBN 324715
   thiago@wilshirelawfirm.com
2  Jasmine Behroozan, SBN 325761
3  jasmine@wilshirelawfirm.com
   **WILSHIRE LAW FIRM**
4  3055 Wilshire Blvd., 12th Floor
5  Los Angeles, California 90010
   Telephone: (213) 381-9988
6  Facsimile: (213) 381-9989

7  *Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| THUY THANH ALONZO individually and on behalf of all others similarly situated, | Case No.: 2:21-cv-07186-FMO-PVC |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| MALIBU MARKET AND DESIGN LLC., a California limited liability; and DOES 1 to 10, inclusive, | |
| Defendants. | |

Plaintiff Thuy Thanh Alonzo hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice of Plaintiff's individual claims will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: October 19, 2021                               Respectfully Submitted,

*/s/ Thiago M. Coelho*
Thiago M. Coelho
Jasmine Behroozan
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 19, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: October 19, 2021             */s/ Thiago M. Coelho*
                                    Thiago M. Coelho