JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MALIBU MARKET AND DESIGN LLC,<br><br>    Defendant. | Case No. CV 21-7186 FMO (PVCx)<br><br>**ORDER DISMISSING ACTION** |

The complaint in the above-captioned case contains individual and class allegations. The parties filed a Notice of Settlement notifying the court that plaintiff has settled her claims with defendant. (See Dkt. 12, Notice of Settlement). Plaintiff has clarified that the settlement is only as to plaintiff's individual claims and that plaintiff will dismiss the class claims without prejudice. (See Dkt. 14, Notice Re: Status of Class Allegations at 3, 7).

Having reviewed the case file and determined that no prejudice to the putative class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed with prejudice** as to plaintiff's individual claims and **without prejudice** as to the class claims. If settlement is not consummated within **45 days from the filing date of this Order,** plaintiff may seek to re-open the action by filing a motion to enforce settlement.

Dated this 5th day of November, 2021.

                                                                         /s/
                                             Fernando M. Olguin
                                         United States District Judge